# Hefei MAXYOYO Trading Co., Ltd. v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

## Schedule A

### Defendant Online Marketplaces

| Def. No. | URL | Store Name / Seller Alias |
|---|---|---|
| 1 | amazon.com/stores/NeuType/page/44B74011-31AF-4EDD-8964-4A730B647D8D?ref_=ast_bln | NeuType Store |
| 2 | amazon.com/stores/KIAYACI+MIRROR/page/E545FFD3-6DA3-40DD-98E4-3A78F3C5D902?ref_=ast_bln | KIAYACI Store |
| 3 | amazon.com/s?k=Natsukage&ref=bl_dp_s_web_0 | Natsukage |
| 4 | amazon.com/sp?seller=A3GSJ2JYM5762 | JinJeeo Store |
| 5 | amazon.com/sp?seller=A28P4T9SK0BCXT | HangUS |
| 6 | amazon.com/sp?seller=A11KW9591H4I7X | Nicholasr |
| 7 | amazon.com/sp?seller=A368ZSM4NDUZHX | DR.FUTON |
| 8 | amazon.com/sp?seller=A39ROI5J4P4I58 | qiqikuajingxiaodian |
| 9 | amazon.com/sp?seller=A1ZR9VHCYF958Y | S-PLUS |
| 10 | amazon.com/sp?seller=A2MIFGHWX35NC3 | Zella Mall |
| 11 | amazon.com/sp?seller=AE1PUXGXKDMM | Softeep |
| 12 | amazon.com/s?k=MIRUO&ref=bl_dp_s_web_0 | MIRUO |
| 13 | amazon.com/sp?seller=A3SD21UF3HUUVM | weiweijiadedian |
| 14 | amazon.com/sp?seller=A12FSGGR7R8YDJ | NIANXIA |

### Infringing Listings

| Def. No. | Listing URL | Store Name / Seller Alias |
|---|---|---|
| 1 | www.amazon.com/dp/B09NZNWZHP | NeuType Store |
| 2 | https://www.amazon.com/KIAYACI-Japanese-Mattress-Camping-Mattresses/dp/B0BBZV15X6/ref=zg_bs_3732941_sccl_81/134-7010545-0018060?th=1 | KIAYACI Store |
| 3 | https://www.amazon.com/Natsukage-Japanese-Mattress-Sleeping-Foldable/dp/B0B8Z7WNNV/ref=zg_bs_3732941_sccl_31/147-8337861-2682665?pd_rd_i=B0B8Z7WNNV&th=1 | Natsukage |
| 4 | https://www.amazon.com/MASVIS-Japanese-Mattress-Camping-Foldable/dp/B09P81S68G/ref=sr_1_3 | JinJeeo Store |
| 5 | https://www.amazon.com/XICIKIN-Japanese-Mattress-Foldable-Washable/dp/B097R5YHZY/ref=zg_bs_3732941_sccl_20/140-3392744-2128347?pd_rd_i=B097R5YHZY&psc=1 | HangUS |
| 6 | https://www.amazon.com/Japanese-Mattress-Foldable-Removable-Dormitory/dp/B0B93PW79M/ref=zg_bs_3732941_sccl_22/134-7010545-0018060?pd_rd_i=B0B93PW79M&th=1 | Nicholasr |
| 7 | https://www.amazon.com/DR-FUTON-Japanese-Mattress-Folding-Lounger/dp/B0B3T8CMPN/ref=sr_1_2_sspa | DR.FUTON |
| 8 | https://www.amazon.com/Mattress-Japanese-Foldable-Sleeping-Mattresses/dp/B0BFCM8RTP/ref=zg_bs_3732941_sccl_84/134-7010545-0018060?pd_rd_i=B0BFCM8RTP&psc=1 | qiqikuajingxiaodian |

| # | URL | Brand |
|---|-----|-------|
| 9 | https://www.amazon.com/gp/product/B094JJ565L/ref=ppx_yo_dt_b_asin_title_o00?ie=UTF8&th=1 | S-PLUS |
| 10 | https://www.amazon.com/gp/product/B0B8GVKFJZ/ref=ppx_yo_dt_b_asin_title_o00_s00 | Zella Mall |
| 11 | https://www.amazon.com/dp/product/B09PRQH4KP/ref=twister_B0B8PJX7MC | Softeep |
| 12 | https://www.amazon.com/dp/B0BM9D9HQ9 | MIRUO |
| 13 | https://www.amazon.com/Japanese-Mattress-Dormitory-Sleeping-Inch-Blue/dp/B0BFCXYVN7/ref=zg_bs_3732941_sccl_19/134-7010545-0018060?th=1 | weiweijiadedian |
| 14 | https://www.amazon.com/Mattress-Japanese-Foldable-Sleeping-Mattresses/dp/B0B8H2GRSS/ref=zg_bs_3732941_sccl_14/140-3392744-2128347?pd_rd_i=B0B8H2GRSS&psc=1 | NIANXIA |