Add/Terminate Party

1. Click **Search** on the main menu



2. Type **Add/Terminate** in the box.



3. Click Search
   The search function works with any type of document or pleading. Simply type in the type of pleading and click **Search**.

4. Click Add/Terminate Party



5. Enter the case number.
6. Click **Find This Case**.
7. Click **Next**.



8. Verify the case number and case title.
9. If correct, click **Next**.

If incorrect, click your browser's back button and enter the correct case number.



10. Search for the party you would like to add. Search for your party capitalizing only the first letter of the name. DO NOT capitalize the entire name (Example: Doe, John; Doe, Jane; United States District Court). If the parties name appears the way you like, highlight the party and click **Select Party**. Note: If the name does not appear click **Create New Party**.



11. Using the drop-down menu, select the role the party should play. All other office and address information should be blank. Note: In the **Party text** field you may add descriptive text: (Example: Dr., An Individual or A Delaware Company.)



12. Select Add Party



13. Your newly added party will now appear in the party tree on the left. Click **Add Party** and repeat steps 10-12 to add additional parties. Enter as many names as possible within the 30-minute timeframe.
    **Note: Please beware, CM/ECF will time you out if you remain on one screen without moving to another screen for more than 30 minutes. You will lose all names added if timed out.**

    

    Note: If there is a mistake with the name, delete the name by selecting the delete button and start again.

    If you would like to change the party role select the edit party button . The party information screen will open and allow you to change the role or add party text. Make your change and click **Save Changes**.

---

14. Once all parties have been added to the party tree click next.
15. If there are parties that need to be terminated regarding your filing or if leave was given, you may select those parties here. Note: Hold the control button to select multiple parties. If you have accidentally highlighted a party to be deleted and do not want the party to be deleted click the **Clear** button.

    

16. Click Next, Click Next again.

---

17. Verify your text and click Next.

    Note: If you have made a mistake you may go back and start again. Please feel free to contact our Help Desk line during normal business hours at 312-582-8727 for any additional assistance.